# USERY & ASSOCIATES

TARIQ J. MESSINEO, ESQ
Admitted in NJ and NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: (860) 954.4765
Email: TMESSINE@travelers.com

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

October 5, 2023

*VIA ECF*

The Honorable André M. Espinosa
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, NJ 07102

**Re:** **Shree Ji Inc. v. Travelers Casualty Insurance Company of America**
Civil Action Number: 2:21-cv-20378-KSH-AME
Our Matter Number: 2021145073

Dear Judge Espinosa:

As you are aware, the undersigned represents the Defendant Travelers Casualty Insurance Company of America ("Travelers") in the above-referenced matter.

Please be advised the above referenced case has been settled. We would appreciate it if you would please mark the docket accordingly and adjourn the in-person settlement conference scheduled for October 11, 2023.

Thank you for your time and attention.

Very truly yours,

*/s/Tariq J. Messineo*

Tariq J. Messineo

/aly

cc: Michael B. Weinstein, Esq. (via ECF)
Pankaj Maknoor, Esq. (via ECF)

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY | 655 N. CENTRAL AVENUE |
| MS04A-0000 | 7TH FLOOR | SUITE 300 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |